**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kendra Gibson and Timothy Gibson, Defendants.

Of whom Kendra Gibson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-001099

———————————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-488
Submitted November 25, 2014 – Filed December 30, 2014

———————————

**AFFIRMED**

———————————

Jennifer A. Jeffrey, of Jeffrey Law Firm, LLC, of
Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

**PER CURIAM:** Kendra Gibson appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gibson's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.